FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2006 SEP 14 P 3: 58

UNITED STATES OF AMERICA

v.

Case No. 3:00-cr-281-J-20HTS

LEONILA NICHOLAS LASKEY

_____/

## SUPERVISED RELEASE REVOCATION
### and
### JUDGMENT AND COMMITMENT

On September 14, 2006, Kathleen O'Malley, Assistant United States Attorney, and the Defendant, LEONILA NICHOLAS LASKEY, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 40, filed May 25, 2005).

The Defendant, having heretofore been convicted on April 5, 2001, in Case No. 3:00-cr-281-J-21TJC, of offense charged, to wit: Bank Fraud, in violation of 18 U.S.C. § 1344, as charged in Count Five of the Indictment; and was sentenced to be imprisoned for a term of 30 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 40, filed May 25, 2005) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **27 months**.

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution. The Court recommends an institution that provides mental health counseling.

**DONE AND ORDERED** at Jacksonville, Florida, this / 4 day of September, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Kathleen O'Malley, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office